*The Court acknowledges the Dismissal Entry with Prejudice, dkt. 40. JPH, 4/8/2019 Distribution via ECF.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **NATIONAL TRUST INSURANCE COMPANY** | * | CASE NO. 1:18-cv-933-JPH-TAB |
| Plaintiff, | | |
| VS. | * | |
| **INDIANA-AMERICAN WATER COMPANY, INC., et al.,** | | |
| Defendants. | * | |

## DISMISSAL ENTRY WITH PREJUDICE

All matters have been compromised, settled and paid and the Court sufficiently advised;

IT IS NOW THEREFORE ORDERED: all claims of the Plaintiff are dismissed with prejudice on the merits, without record except as to this Entry.

Notwithstanding this dismissal, the Court retains jurisdiction over this case for the purpose of enforcing the terms of settlement.

APPROVED:

_____
JUDGE

1